United States District Court
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                          OAKLAND DIVISION

6

7   JAMES LYNN O'HINES,

8                    Plaintiff,                    No. C 09-1852 PJH (PR)

9        vs.                                       **ORDER OF DISMISSAL**

10  ILLINOIS, et al.,

11                   Defendants.
                                              /
12

13       This is a civil rights case filed pro se by a state prisoner.  In the initial review order

14  the court noted that the complaint was "largely incomprehensible" and dismissed it with

15  leave to amend.  Plaintiff was afforded guidance in pleading a cognizable claim against

16  proper defendants.

17       In his amended complaint plaintiff has followed the instruction to use the court's form

18  for prisoner complaints.  The complaint, however, is as incomprehensible as the original

19  one.  Plaintiff has completely failed to state a claim against any defendant – those in the

20  original complaint or the entirely new set in the amended complaint –  under the

21  appropriate pleading standard.  *See Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1974

22  (2007) (per curium) (complaint must proffer "enough facts to state a claim for relief that is

23  plausible on its face." ).

24       The case is **DISMISSED** with prejudice.  The clerk shall close the file.

25       **IT IS SO ORDERED.**

26  Dated:  March 26, 2010.
                                              _____
27                                             PHYLLIS J. HAMILTON
                                              United States District Judge
28
    P:\PRO-SE\PJH\CR.09\O'HINES1852.DSM.wpd